**Motion Granted; Reversed and Rendered and Memorandum Opinion filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-10-01018-CV

_____

**STEWART TITLE GUARANTY COMPANY, Appellant**

**V.**

**SUGAR LAND—SETTLERS WAY/PONDEROSA, LTD., Appellee**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2008-40783**

## M E M O R A N D U M   O P I N I O N

This is an appeal from judgment signed August 9, 2010. On January 17, 2012, the parties filed a joint motion to dismiss the appeal because they have reached an agreement to settle and compromise their differences in the underlying suit. The parties ask this court to reverse the judgment of the court below and render judgment effectuating the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). We grant the motion.

Accordingly, the judgment of the court below is reversed and we render judgment that Sugar Land—Settlers Way/Ponderosa, Ltd. take nothing of and from Stewart Title Guaranty Company.

We order the supersedeas bond number 22 030 020, posted on August 13, 2010, by Stewart Title Guaranty Company, as Principal, and Liberty Mutual Insurance Company, as Surety, in the amount of $2,971,783.00, released, and the surety, Liberty Mutual Insurance Company, is released from its obligations under the bond. Costs on appeal are taxed against the party incurring the same.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Christopher.